```
EILEEN M. DECKER                                JS 6
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
     United States Courthouse
     312 North Spring Street, 14th Floor
     Los Angeles, California 90012
     Telephone: (213) 894-5710
     Facsimile: (213) 894-7177
     E-Mail:    Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>$23,379.00 IN U.S. CURRENCY,<br><br>              Defendant.<br>_____<br>ARMOND JOE NUNEZ, JR.,<br><br>              Claimant.<br>_____ | No.: CV 15-05778-DSF(GJSx)<br><br>**CONSENT JUDGMENT** |

Plaintiff United States of America and Claimant Armond Joe Nunez, Jr. have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all interests claimant Armond Joe Nunez, Jr., may have had in the defendant, $23,379.00 in United States Currency ("defendant currency").

The civil forfeiture action captioned above was commenced on July 30, 2015. Claimant Armond Joe Nunez, Jr. ("Claimant"), from whom the defendant currency was seized, is deemed to have filed a claim to the defendant currency. No other claims or answers were filed, and time for filing claims and answers has expired.

Plaintiff and Claimant have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all claims concerning the defendant $23,379.00 in United States Currency (CATS Nos. 15-DEA-610732).

The Court has been duly advised of and has considered the matter. Based upon the mutual consent of the parties hereto and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that (A) $15,379.00 plus all interest earned on the entirety of the defendant currency since seizure is hereby forfeited to the United States of America; and (B) $8,000.00 of the defendant currency shall be returned to Claimant Nunez. No actual or implied interest shall be paid on the funds to be returned to Claimant. The $8,000.00 shall be returned to the Claimant through his counsel, William G. Panzer, by wire transfer to a bank account designated by Claimant's counsel. Claimant shall provide the information necessary to facilitate the transfer of funds in accordance with federal law and regulations.

(2) The United States of America and its agencies, agents, and officers (including employees and agents of Drug Enforcement Administration ("DEA")), are hereby released from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the defendant currency and/or this

civil forfeiture action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Claimant against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.

The Court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant asset.

DATED: 2/2/16

*Dale S. Fischer*
UNITED STATES DISTRICT JUDGE

Presented by:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

         /s/
FRANK D. KORTUM
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

3